IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEVAN KAYAIAN, | CASE NO. CV F 06-1594 AWI LJO |
| Plaintiff, | **ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION** |
| vs. | |
| STATE OF CALIFORNIA, | |
| Defendant. | |

**INTRODUCTION**

Plaintiff Sevan Kayaian ("plaintiff") proceeds pro se and in forma pauperis and on November 8, 2006, filed an untitled document which this Court construes as a complaint ("complaint"), the purported caption of which appears to list the State of California as defendant. The complaint is generally unintelligible and states: "My freedom has been taken along with my property and cash money"; "It's sad that after spending a year in Iraq and coming home only to have my freedoms stripped away from me"; and "I am not even aloud [sic] to sit and watch a chase [sic] in the Federal Court House."[1] The complaint appears to seek a return of property and "punitive damages 14 hours in jail."

---

[1] This Court has been informed that plaintiff has been escorted from this Court's building.

1

1       The magistrate judge issued November 13, 2006 findings and recommendations to dismiss this action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; and (3) a further attempt at amendment is unwarranted based on the complaint's unintelligible statements and apparent attempts to vex. On November 16, 2006, plaintiff filed what this Court construes as objections to the findings and recommendations. The objections are rambling, largely unintelligible and appear to confront the magistrate judge.

## CONCLUSION AND ORDER

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. After evaluating the record, this Court finds the magistrate judge's November 13, 2006 findings and recommendations are supported by the record and proper analysis.

Accordingly, this Court:

1. ADOPTS in full the magistrate judge's November 13, 2006 findings and recommendations;
2. DISMISSES this action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; and (3) a further attempt at amendment is unwarranted based on the complaint's unintelligible statements and apparent attempts to vex; and
3. DIRECTS this Court's clerk to close this action.

IT IS SO ORDERED.

Dated:    **November 22, 2006**           **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE